**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, and RMAIL LIMITED,** | § § § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 2:12-CV-515-JRG** |
| | § | |
| **STRONGMAIL SYSTEMS, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**<u>ORDER</u>**

Before the Court is Plaintiffs' Unopposed Motion to Substitute T. Rowe Price Associates, Inc. for T. Rowe Price Insurance Agency, Inc.  After considering the Motion and finding that good cause exists for granting the Motion, the Court is of the opinion that the Motion should be in all respects GRANTED.

IT IS THEREFORE ORDERED that T. Rowe Price Associates, Inc. is substituted for T. Rowe Price Insurance Agency, Inc., that T. Rowe Price Insurance Agency, Inc. is dismissed without prejudice, and that T. Rowe Price Associates, Inc. shall have five (5) business days from the date of entry of this Order to answer or otherwise respond to Plaintiffs' First Amended Complaint for Patent Infringement.

**So ORDERED and SIGNED this 1st day of May, 2013.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE