# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, and RMAIL LIMITED, | § § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. 2:12-CV-515-JRG |
| STRONGMAIL SYSTEMS, INC., et al., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Substitute Intuit Inc. for Intuit Payments Inc. After considering the Motion and finding that good cause exists for granting the Motion, the Court is of the opinion that the Motion should be in all respects GRANTED.

IT IS THEREFORE ORDERED that Intuit Inc. is substituted for Intuit Payments Inc., that Intuit Payments Inc. is dismissed without prejudice, and that Intuit Inc. shall have five (5) business days from the date of entry of this Order to answer or otherwise respond to Plaintiffs' First Amended Complaint for Patent Infringement.

So ORDERED and SIGNED this 1st day of May, 2013.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE