**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **RPOST HOLDINGS, INC., RPOST** | § | |
| **COMMUNICATIONS LIMITED, and** | § | |
| **RMAIL LIMITED,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 2:12-CV-515-JRG** |
| | § | |
| **STRONGMAIL SYSTEMS, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Substitute Six Continents Hotels, Inc., for Intercontinental Hotels Group Resources, Inc.  After considering the Motion and finding that good cause exists for granting the Motion, the Court is of the opinion that the Motion should be in all respects GRANTED.

IT IS THEREFORE ORDERED that Six Continents Hotels, Inc., is substituted for Intercontinental Hotels Group Resources, Inc., that Intercontinental Hotels Group Resources, Inc., is dismissed without prejudice, and that Six Continents Hotels, Inc., shall have five (5) business days from the date of entry of this Order to answer or otherwise respond to Plaintiffs' First Amended Complaint for Patent Infringement.

**So ORDERED and SIGNED this 1st day of May, 2013.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE