IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, and RMAIL LIMITED,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>STRONGMAIL SYSTEMS, INC., et al.,<br><br>　　　Defendants. | Civil Action No. 2:12-cv-515 |

### ORDER OF DISMISSAL WITHOUT PREJUDICE OF AUTHORIZE.NET HOLDINGS, INC. AND AUTHORIZE.NET CORP

In consideration of Plaintiffs RPost Holdings, Inc., RPost Communications Limited, and RMail Limited's Notice of Voluntary Dismissal Without Prejudice before service of an answer or other responsive pleading by Defendants Authorize.net Holdings, Inc. and Authorize.net Corp., the Court dismisses all claims against these Defendants without prejudice, with each party to bear its own fees and costs.

**So ORDERED and SIGNED this 1st day of May, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE